**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:       Ismael Aguilar Alarcon v. The State of Texas

Appellate case number:    01-14-00760-CR

Trial court case number:  1225411

Trial court:                      185th District Court of Harris County

   The Pro Se Motion for Access to Appellate Record filed by appellant on December 29, 2014 is **GRANTED**. The clerk of this Court is instructed to forward a copy of the appellate record to appellant at no cost.

   On January 5, 2015, appellant filed a pro se brief in response to the *Anders* brief filed by David L. Garza on December 12, 2014. The *Anders* brief has been stricken and counsel for appellant has been ordered to refile a compliant brief. Appellant will have 30 days from the date his lawyer, David L. Garza, refiles a compliant brief to file an additional pro se response, if any.

   It is so ORDERED.


Judge's signature: __/s/_ Rebeca Huddle
      X  Acting individually     ☐ Acting for the Court


Date:  January 22, 2015